**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

JUDGMENT OF ACQUITTAL

-VS-

CR-07-123(FB)

STEVEN HAMILTON,
    DEFENDANT.

    The above-named defendant was found not guilty.
IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

s/Frederic Block, Sr. USDJ

_____
Signature of Judicial Officer
FREDERIC BLOCK, U.S.D.J.
Name & Title of Judicial Officer

    8/13/07
_____
Date